UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

March 18, 2010

MEMO TO COUNSEL RE: Dennis Glynn v. EDO Corporation
Civil No. JFM-07-1660

Dear Counsel:

    I have permitted this litigation to spin far out of control. In order to restore some semblance of order to the chaos, I am going to cut through the Gordian Knot you have tied by the following rulings:

1. All pending motions, other than pending motions to seal, IST's motion for sanctions, and Glynn's motion for partial lifting of the stay of discovery, are denied.

2. All pending motions to seal are granted.

3. Among the motions being denied is IST's motion for leave to file a memorandum in excess of 50 pages in support of its motion for sanctions. The deadline for IST to file a revised memorandum of 67 pages or less is April 1, 2010. IST may not incorporate by reference in its memorandum any other memorandum or paper that has been filed.

4. The deadline for Glynn to file a response to IST's motion for sanctions is April 23, 2010. The response may be 67 pages or less. Plaintiff may not in its response incorporate by reference any other memorandum or paper that has been filed. The pendency of Glynn's motion for partial lifting of the stay of discovery shall not affect Glynn's responsibility to file an response to the motion for sanctions; the response should be based upon the existing record.

5. The deadline for IST to file a reply memorandum in support of its motion for sanctions is May 14, 2010. The reply shall not be longer than that permitted by the Local Rules. IST may not in its reply incorporate by reference any other memorandum or paper that has been filed.

6. A hearing on IST's motion for sanctions and Glynn's motion for partial lifting of

    the stay of discovery will be held on June 25, 2010 at 9:30 a.m.  No one should file any motions until I have ruled upon IST's motion for sanctions.

    Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

    Very truly yours,

    /s/

    J. Frederick Motz
    United States District Judge